IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRFD RESEARCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.  14-064-GMS |
| | ) |
| DISH NETWORK CORPORATION, | ) |
| DISH DBS CORPORATION, | ) |
| DISH NETWORK L.L.C., | ) |
| ECHOSTAR CORPORATION and | ) |
| ECHOSTAR TECHNOLOGIES L.L.C. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| CRFD RESEARCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.  14-313-GMS |
| | ) |
| HULU, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| CRFD RESEARCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.  14-314-GMS |
| | ) |
| NETFLIX, INC., | ) |
| | ) |
| Defendant. | ) |

CRFD RESEARCH, INC.,                    )
                                        )
              Plaintiff,                )
                                        )
       v.                               )        Civil Action No.  14-315-GMS
                                        )
SPOTIFY USA INC.,                       )
                                        )
              Defendant.                )
                                        )

## O R D E R

At Wilmington this  5TH  day of June, 2015, these matters having been stayed pending *inter partes* review (C.A. 14-64-GMS, D.I. 51; C.A. 14-313-GMS, D.I. 48; C.A. 14-314-GMS, D.I. 47; C.A. 14-315-GMS, D.I. 49);

IT IS ORDERED that the above-captioned cases are **stayed** and **administratively closed** until further order of the court. The parties shall promptly notify the court when the IPR proceedings have been resolved so that the case may be reopened and other appropriate action may be taken

UNITED STATES DISTRICT JUDGE